UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARYL HOWARD** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **INDEPENDENT ELECTRICAL** | § | |
| **CONTRACTORS, INC.** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE:

NOW COMES, Plaintiff Daryl Howard ("Plaintiff"), complaining of Independent Electrical Contractors, Inc. ("Defendant") and files this his Original Complaint, and for his claims and causes of action would respectfully show the Court as follows:

### I.      STATEMENT OF CASE

1.      This is an employment discrimination lawsuit brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et seq. Plaintiff had worked for Defendant for more than 30 years as a master electrician teaching Defendant's master's certification program. Abruptly, and without forewarning, Defendant notified Plaintiff his services would no longer be needed and that the company was discontinuing the master electrician certification program. This turned out to be false, and, upon information and belief, Defendant taught the course under the tutelage of a younger teacher outside of a protected class.

## I.    VENUE AND JURISDICTION

2.    The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1343 since Plaintiff is seeking relief under Title VII of the Civil Rights Act of 1964 ("Title VII").

3.    Plaintiff alleges damages in excess of $75,000.

4.    Plaintiff alleges he was subject to an adverse employment action on October 1, 2021 and on April 21, 2022, Plaintiff filed a Charge of Discrimination ("Charge") with the Equal Employment Opportunity Commission, ("EEOC"), alleging age discrimination.

5.    Plaintiff's claims under the Civil Rights Act of 1964, (as amended), 42 U.S.C. § 2000e et. Seq. are being commenced within the required statutory time limits of Title VII as (a) the charge was filed within 300 days of the adverse employment action taken against Plaintiff, and (b) this lawsuit is being filed within 90 days of the Notice of Right to Sue Letter having been issued by the EEOC on June 2, 2023.

6.    Venue is proper in the Northern District of Texas pursuant to 28 U.S.C. § 1391(b)(2) because all or part of the actions made basis of this lawsuit took place within the Northern District of Texas.

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.    Plaintiff was wrongfully terminated from employment on October 1, 2021. On April 21, 2022 Plaintiff filed a Charge of Discrimination with the Texas Workforce Commission Civil Rights Division ("TWC") and the Equal Employment Opportunity Commission ("EEOC), 203 days after the date of his termination. A true and correct copy of the Charge of Discrimination is attached hereto as **Exhibit A**. The EEOC subsequently issued a Right to Sue letter on June 2, 2023. A true and correct copy of the Notice of Dismissal and Right to File Civil Action is attached

hereto as **Exhibit B**. Plaintiff has complied with all provisions as set forth within 42 U.S.C. §

2000e et. Seq. and has exhausted all administrative remedies which are condition precedent to

filing suit.

### III.    PARTIES

2.      Plaintiff Daryl Howard is a resident of Dallas, Dallas County, Texas. The last three

digits of his Texas ID are 978, and the last three digits of his social security number are 966.

3.      Defendant Independent Electrical Contractors is a domestic nonprofit corporation

licensed to practice business in Texas, and may be served with process through its registered agent,

C T Corporation System at 211 E. 7th Street, Suite 620, Austin, TX 78701.

### IV.    NATURE OF PARTIES

4.      Defendant is a business entity engaged in an industry affecting commerce.

Defendant has employed at least 15 employees for each working day in each of 20 or more calendar

weeks in the current or preceding calendar year and, therefore, is an "employer" within the

meaning of Chapter 21.001(8)(A) of the Texas Commission on Human Rights Act, as amended.

### V.    FACTS

5.      Daryl Howard is a master electrician who has resided and worked in Dallas for the

majority of his life. During his tenure as a master electrician, Mr. Howard has built a thriving

business based on his skill as an electrician and as a savvy businessman. Given his reputation and

skill, Mr. Howard was approached by the Independent Electrical Contractor ("IEC") society to

teach in its Dallas Chapter, a non-profit corporation who's designated purpose is the training and

tutelage of aspiring electricians to start and advance their career in the trade. Mr. Howard started

his teaching career with the IEC more than 30 years ago and advanced to a point where he was

asked to teach the masters level class—the highest level of training an electrician can achieve. This

was a great honor for Mr. Howard, and he taught the class dutifully for many years without issue or conflict.

6.      However, when Mr. Howard reached out to the managing director for the Dallas Chapter and asked about the new semester, Mr. Howard was told his "services were no longer needed," without further explanation. Mr. Howard, a 68-year-old man intended to teach this class until he was no longer able to. But, when Mr. Howard sought an explanation, he was denied a reason. Eventually he was told the IEC would no longer be offering the masters level course, but it turned out to be a fabrication by the IEC. Mr. Howard later learned the IEC was still offering the class, just without him, and that the IEC was seeking a much younger person at the helm. Upon information and belief, the IEC replaced Mr. Howard with an individual who is not a member of a protected class. Mr. Howard contends he was terminated based on his age in violation of the Age Discrimination in Employment Act and Chapter 21 of the Texas Labor Code.

## VI.   CAUSES OF ACTION

## TITLE VII: AGE DISCRIMINATION

1.      Plaintiff realleges all factual allegations set forth above and would show that Defendant is liable to him for age discrimination and unlawful termination of employment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et. Seq. At all times relevant to this lawsuit Plaintiff was, on account of his age, a member of a protected class. Defendant treated Plaintiff less favorably in the terms and conditions of his employment than its similarly situated employees who were not members of a protected class. Specifically, terminated Plaintiff from employment with age being the motivating factor. This discrimination is the proximate and actual cause of both economic and mental damages suffered by the Plaintiff.

2.      Plaintiff satisfied all jurisdictional and procedural prerequisites for bringing this

cause of action.

## VII.    DAMAGES

3.      As a result of Defendants' wrongful termination, Plaintiff has suffered the

following damages:

1. Lost wages or earnings from the date of discharge or discrimination to the date of trial;
2. Loss of wage or earnings in the future;
3. Loss of retirement, medical, severance, and other benefits from the date of discharge or discrimination, up to the date of trial and into the future;
4. Mental anguish, concern, worry, and inconvenience from the date of discharge or discrimination to the date of trial and into the future; and
5. Consequential damages;

## VIII.   EXEMPLARY DAMAGES

4.      Plaintiff would further show that the acts and omissions of Defendants complained

of herein were committed knowingly, willfully, intentionally, with actual awareness, and with the

specific and predetermined intention of enriching the Defendants at the expense of Plaintiff. In

order to punish said Defendants for such unconscionable overreaching and to deter such actions

and omissions in the future, Plaintiff also seeks recovery from Defendant for exemplary damages.

## IX.    ATTORNEY'S FEES

5.      Request is made for all costs and reasonable and necessary attorney's fees incurred

by or on behalf of Plaintiff, including all fees necessary in the event of an appeal of this cause to

the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just.

## X.     JURY DEMAND

6.      Plaintiff hereby demands a trial by jury.

## XI.    PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendants be cited to appear and answer herein, and upon final hearing, Plaintiff be granted the following relief:

1. Judgment against the Defendants in excess of the minimum jurisdictional limits of this court;

2. Lost wages or earnings from the date of discharge or discrimination to the date of trial;

3. Loss of wage or earnings in the future;

4. Loss of retirement, medical, severance, and other benefits from the date of discharge or discrimination, up to the date of trial and into the future;

5. Mental anguish, concern, worry, and inconvenience from the date of discharge or discrimination to the date of trial and into the future;

6. Consequential damages;

7. An award of exemplary damages on all counts;

8. Costs of suit and reasonable attorney's fees;

9. Prejudgment and postjudgment interest as provided by law; and

10. Such other and further relief to which Plaintiff may be justly entitled.


Respectfully submitted,

**FIROUZBAKHT LAW FIRM**

By: */s/ Wesley H. M. Gould*
Wesley H. M. Gould
State Bar No. 24095214
wg@firouzbakhtlawfirm.com
Eric Firouzbakht
State Bar No. 24091800
ef@firouzbakhtlawfirm.com
2040 N. Loop West, Ste. 102
Houston, Texas 77018
(832) 779-8018 Telephone
(832) 726-0709 Facsimile
***ATTORNEYS FOR PLAINTIFF***

| **C**HARGE OF **D**ISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|
| | | and EEOC |

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Daryl L. Howard    darylhowardmasterelectrician@gmail.com | Home Phone (Incl. Area Code)<br>(214) 532-3619 | Date of Birth<br>10/13/1954 |
|---|---|---|

| Street Address<br>3824 Cedar Springs Road #536, | City, State and ZIP Code<br>Dallas, TX 75219 | | |
|---|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two are named, list under PARTICULARS below.*)

| Name<br>Independent Electrical Contractors, Inc. | No. Employees, Members<br>Over 500 | Phone No. (Incl. Area Code)<br>(817) 496-8422 |
|---|---|---|
| Street Address<br>5809 E Berry Street, | City, State and ZIP Code<br>Fort Worth, TX 76119 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: Oct 1, 2021    Latest: Oct 1, 2021<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

Daryl Howard is a master electrician who has resided and worked in Dallas for the majority of his life. During his tenure as a master electrician, Mr. Howard has built a thriving business based on his skill as an electrician and as a savvy businessman. Given his reputation and skill, Mr. Howard was approached by the Independent Electrical Contractor ("IEC") society to teach in its Dallas Chapter, a non-profit corporation who's designated purpose is the training and tutelage of aspiring electricians to start and advance their career in the trade. Mr. Howard started his teaching career with the IEC more than 30 years ago and advanced to a point where he was asked to teach the masters level class—the highest level of training an electrician can achieve. This was a great honor for Mr. Howard, and he taught the class dutifully for many years without issue or conflict.

However, when Mr. Howard reached out to the managing director for the Dallas Chapter and asked about the new semester, Mr. Howard was told his "services were no longer needed," without further explanation. Mr. Howard, a 68-year-old man intended to teach this class until he was no longer able to. But, when Mr. Howard sought an explanation, he was denied a reason. Eventually he was told the IEC would no longer be offering the masters level course, but it turned out to be a fabrication by the IEC. Mr. Howard later learned the IEC was still offering the class, just without him, and that the IEC was seeking a much younger person at the helm. Upon information and belief, the IEC replaced Mr. Howard with an individual who is not a member of a protected class. Mr. Howard contends he was terminated based on his age in violation of the Age Discrimination in Employment Act and Chapter 21 of the Texas Labor Code.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>4/21/22<br>Date<br><br>Daryl Howard (Apr 21, 2022 11:29 CDT)<br>Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Daryl Howard** | From: **Dallas District Office** |
| **3824 Cedar Springs Road Apt. 536** | **207 S. Houston Street, 3rd Floor** |
| **Dallas, TX 75219** | **Dallas, TX 75202** |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **450-2022-04186** | **ANDREW LEONARD,** **Investigator** | **9729183585** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

*Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** *of your receipt of this Notice.* Otherwise, your right to sue based on the above-numbered charge will be lost.*

*Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

**Shemell D. Perry**
Digitally signed by Shemell D. Perry
Date: 2023.06.02 14:35:49 -05'00'

Enclosures(s)

**For Travis M. Nicholson**
**District Director**

cc:
Wesley Gould
Firouzbakht Law Firm
2040 North Loop West, Ste. #102
Houston, TX 77018

Heather Garland
Rochelle McCullough Lawyers
325 North Saint Paul Street Suite 4500
Dallas, TX 75201

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*